# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JORDAN CHRISTOPHER BLACKSHEAR, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) CV420-031 |
| SCOTT CRICKMAR, *et al.* | )<br>) |
| Defendants. | ) |

## ORDER

Jordan Blackshear is incarcerated in Tattnall County, Georgia. *See* doc. 1 at 2 (listing present place of confinement as Georgia State Prison, with an address in Reidsville, Georgia). He brings this 42 U.S.C. § 1983 action against the various employees at Valdosta State Prison for failure to protect him from an assault by another inmate. *See id.* at 5. It appears that Blackshear has filed his case in this Court because he is confined in this Tattnall County,[1] but the events complained of did not occur here.

Because his claims arise from events that took place in Lowndes County, the proper forum for this case is the United States District Court

---

[1] Tattnall County lies in this Court's Statesboro division. *See* 28 U.S.C. § 90(c)(6). However, since this case concerns events that occurred outside this district, the divisional assignment is moot.

for the Middle District of Georgia.  28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 42 U.S.C. § 90(b)(6).  The Clerk is **DIRECTED** to transfer this case to the Middle District for all further proceedings.

**SO ORDERED**, this 2nd day of March, 2020.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA