IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JORDAN CHRISTOPHER BLACKSHEAR, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-CV-31(WLS) |
| | * |
| LEANNE SMITH, et al., | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 16, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 16th day of December, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk